# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts:  RGV-WSL-1002, RGV-WSL-1034-2 and RGV-WSL-2021
Owner:  Hidalgo County Irrigation District Number 2, *et al.*
Acres:  43.412

RGV-WSL-1002

**Being** a 11.115 acre (484,190 square feet) parcel of land, being out of the M. Ujanda le los Rios Survey, Abstract No. 41, the Jose Felix Hinojosa Survey, Abstract No. 39 and the Domingo Fonseca Survey, Abstract No. 33, Hidalgo County, Texas, being out of Porciónes 65, 66 and 67, being out of a called 15.85 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed Conveyance and Bill of Sale recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Main Canal, 1st Tract"), being out of a called 11.3 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed Conveyance and Bill of Sale recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Main Canal, 2nd Tract"), being out of a called 7.4 acre, 75' strip of land conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed Conveyance and Bill Of Sale recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Main Canal, 3rd Tract"), being out of a called 143.05 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed Conveyance and Bill Of Sale recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Main Canal, 5th Tract"), being out of a called 3.86 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed Conveyance and Bill Of Sale recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Lateral A, First Tract"), being out of a called 8.80 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed Conveyance and Bill Of Sale recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Lateral A, Second Tract"), being out of a tract of land conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 197, Page 268, Deed Records of Hidalgo County, Texas ("Intake to Settling Basin"), being out of a called 465.55 acre tract conveyed to Hidalgo County Water Improvement District No. Two recorded in Volume 19, Page 177, Deed Records of Hidalgo County, Texas and being out of Lot 1, Subdivision "A" of the Tejon Land and Water Company Subdivision as conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 167, Page 553, Deed Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found International Boundary & Water Commission (IBWC) monument in the southeast line of the remainder of a called 6.89 acre tract conveyed to Tax Ranch, LLC by Tax Resale Deed recorded in Instrument No. 2016-2756021, Official Records of Hidalgo County, Texas (Save & Except 1.11 acres) and the northwest right-of-way line of S McColl Road (also known as Old Military Road, called 60' width), said point being at the southerly

## SCHEDULE C (Cont.)

southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 437, Page 297, Deed Records of Hidalgo County, Texas ("122-H"), said point having the coordinates of N=16558833.594, E=1072216.159;

**Thence:** N 75°39'29" E, with the southeast line of the remainder of the 6.89 acre tract, the southeast line of the "122-H" river levee right-of-way and the northwest right-of-way line of S McColl Road, passing at 148.19' the easterly southeast corner of the "122-H" river levee right-of-way and the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 475, Deed Records of Hidalgo County, Texas ("90-H"), continuing for a total distance of 160.69' to a set PK nail in asphalt, said point being in the approximate centerline of S McColl Road, said point being at the southeast corner of the remainder of the 6.89 acre tract and the southwest corner of the remainder of a called 15.21 acre tract conveyed to Jose Arnoldo Aguilar recorded in Volume 3371, Page 720, Deed Records of Hidalgo County, Texas, said point being within the "90-H" river levee right-of-way;

**Thence:** N 08°20'24" E, with the approximate centerline of S McColl Road, the east line of the remainder of the 6.89 acre tract and the west line of the remainder of the 15.21 acre tract, over and across the "90-H" river levee right-of-way, for a distance of 34.18' to a found PK nail in asphalt for the **Point of Beginning** and southeast corner of Tract RGV-WSL-1002, said point being at the northeast corner of the remainder of the 6.89 acre tract and the southeast corner of the 8.80 acre tract, said point being in the west line of the remainder of the 15.21 acre tract and the approximate centerline of S McColl Road, said point being within the "90-H" river levee right-of-way, said point having the coordinates of N=16558907.212, E=1072376.796;

**Thence:** S 89°57'33" W, departing the approximate centerline of S McColl Road and the west line of the remainder of the 15.21 acre tract, with the south line of the 8.80 acre tract and the north line of the remainder of the 6.89 acre tract, over and across the "90-H" river levee right-of-way, passing at 11.41' the west line of the "90-H" river levee right-of-way and the east line of the "122-H" river levee right-of-way, passing at 932.95' the northwest corner of the remainder of the 6.89 acre tract and the northeast corner of a called 1.11 acre tract conveyed to Samantha Marie Garcia, et al recorded in Instrument No. 2001-1016353, Official Records of Hidalgo County, Texas, passing at 1069.91' the northwest corner of the 1.11 acre tract, the northeast corner of a called 1/2 acre tract conveyed to Rogelio Guzman recorded in Instrument No. 1987-11909, Official Records of Hidalgo County, Texas, the west line of the "122-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 437, Page 299, Deed Records of Hidalgo County, Texas ("123-H"), passing at 1163.88' the northwest corner of the 1/2 acre tract and the northeast corner of the remainder of a called 3 acre tract conveyed to Santiago Arismindis, Junior by Gift Deed recorded in Instrument No. 1997-629743, Official Records of Hidalgo County, Texas, passing at 1334.12' the northwest corner of the remainder of the 3 acre tract, the northeast corner of the remainder of a called 2.0 acre tract conveyed to Myrna Sue Arismendez Garza and Martina Diana Arismendez Luna by Quitclaim Deed recorded in Instrument No. 2004-1410180, Official Records of Hidalgo County, Texas, the southwest corner of the 8.80 acre tract, the southeast corner of the 3.86 acre tract, the west line of the "123-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 439, Page 40, Deed Records of Hidalgo County, Texas ("124-H"), passing at 1543.72' the northwest corner of the remainder of the 2.0 acre Arizmendez

## SCHEDULE C (Cont.)

tract, the northeast corner of the remainder of a called 2.0 acre tract conveyed to Fernando Sanchez and Maria de Jesus Sanchez by Warranty Deed recorded in Instrument No. 2006-1632927, Official Records of Hidalgo County, Texas, the west line of the "124-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 439, Page 142, Deed Records of Hidalgo County, Texas ("125-H"), passing at 1649.17' the northwest corner of the remainder of the 2.0 acre Sanchez tract and the northeast corner of a called 0.48 acre tract conveyed to Esequiel Delgadillo and Guadalupe R. Delgadillo by Warranty Deed recorded in Volume 2097, Page 375, Official Records of Hidalgo County, Texas, passing at 1757.50' the northwest corner of the 0.48 acre tract, the northeast  corner of the remainder of a called 2.0 acre tract conveyed to Manuel Rodriguez, Jr. by Quitclaim Deed recorded in Instrument No. 1996-543919, Official Records of Hidalgo County, Texas, the west line of the "125-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 436, Page 614, Deed Records of Hidalgo County, Texas ("126-H"), passing at 1907.99' the northwest corner of the remainder of the 2.0 acre Rodriguez tract and the northeast corner of a called 7.91 acre tract conveyed to Ruben D. Plata, Trustee, by Deed of Trust recorded in Instrument No. 2012-2282965, Official Records of Hidalgo County, Texas (Tract II), continuing for a total distance of 2592.68' to a point for a southerly interior corner of Tract RGV-WSL-1002, said point being in the south line of the 3.86 acre tract, said point being at the northwest corner of the 7.91 acre tract, said point being within the "126-H" river levee right-of-way;

**Thence:** S 04°11'01" W, departing the south line of the 3.86 acre tract, with the west line of the 7.91 acre tract, over and across the "126-H" river levee right-of-way, passing at 69.72' the south line of "126-H" river levee right-of-way, continuing for a total distance of 75.65' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-3=1003-1" for a southerly exterior corner of Tract RGV-WSL-1002, said point being in the west line of the 7.91 acre tract;

**Thence:** S 89°38'40" W, departing the west line of the 7.91 acre tract, passing at 34.33' the east line of a called 2.5 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 173, Page 157, Deed Records of Hidalgo County, Texas (First Tract), passing at 36.19' the west line of the 2.5 acre tract and the east line of the 143.05 acre tract, continuing for a total distance of 85.06' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-4" for a southerly exterior corner of Tract RGV-WSL-1002, said point being within the 143.05 acre tract;

**Thence:** over and across the 143.05 acre tract, the following courses and distances:

- N 04°11'01" E, passing at 6.51' the south line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 4"), continuing for a total distance of 30.09' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-5" for a southerly interior corner of Tract RGV-WSL-1002;

- S 89°38'40" W, for a distance of 30.00' to a point for a southerly exterior corner of Tract RGV-WSL-1002;

## SCHEDULE C (Cont.)

- N 08°34'24" E, for a distance of 26.36' to a point for a southerly interior corner of Tract RGV-WSL-1002;

- S 89°57'33" W, passing at 90.14' the west line of the 143.05 acre tract and the east line of the 11.3 acre tract, continuing for a total distance of 197.27' to a point for a southerly interior corner of Tract RGV-WSL-1002, said point being in the west line of the 11.3 acre tract and the east line of the 75' strip tract, said point being within the "996-H, Tract No. 4" river levee right-of-way, said point marking a point of curvature to the right;

**Thence:** with the common line of the 11.3 acre tract and the 75' strip tract, the following courses and distances:

- Along said curve to the right for an arc distance of 1230.35' with a central angle of 41°05'12" and a radius of 1715.73', with a chord bearing of S 49°01'19" W, passing at an arc distance of 90.66' the southwest line of the "996-H, Tract No. 4" river levee right-of-way and the northeast line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 3"), continuing for a total chord distance of 1204.15' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-7" for the point of tangency;

- S 69°33'55" W, for a distance of 2.80' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-8" for a point of curvature to the right, said point being in the north line of the 11.3 acre tract and the south line of the 75' strip tract;

**Thence:** departing the south line of the 75' strip tract, over and across the 11.3 acre tract and the "996-H, Tract No. 3" river levee right-of-way, the following courses and distances:

- Along said curve to the right for an arc distance of 1012.53', with a central angle of 32°04'02" and a radius of 1809.13', with a chord bearing of S 84°53'58" W, passing at an arc distance of 0.86' the southwest line of the "996-H, Tract No. 3" river levee right-of-way and the northeast line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 2"), continuing for a total chord distance of 999.37' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-9" for a point of compound curvature to the right;

- Along said compound curve to the right for an arc distance of 590.81', with a central angle of 23°32'10" and a radius of 1438.25', with a chord bearing of N 68°46'04" W, for a distance of 586.66' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-10" for a point of reverse curvature to the left;

- Along said reverse curve to the left for an arc distance of 64.84', with a central angle of 85°28'02" and a radius of 43.47', with a chord bearing of S 79°12'00" W, passing at an arc distance of 48.06' the south line of the "996-H, Tract No. 2" river levee right-of-way, continuing for a total chord distance of 58.99' to a point for the point of tangency, said

## SCHEDULE C (Cont.)

point being in the southeast line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 1");

- S 31°44'36" W, for a distance of 109.44' to a point for a southerly exterior corner of Tract RGV-WSL-1002, said point being in the south line of the 11.3 acre tract, said point being at the south corner of the "996-H, Tract No. 1" river levee right-of-way;

**Thence:** N 58°14'43" W, with the south line of the 11.3 acre tract and the southwest line of the "996-H, Tract No. 1" river levee right-of-way, passing at 118.90' the southwest corner of the "996-H, Tract No. 1" river levee right-of-way, the southeast corner of a called 0.746 acre levee easement conveyed to the County of Hidalgo recorded in Volume 2433, Page 564, Deed Records of Hidalgo County, Texas, the southeast corner of a called 5.532 acre levee easement conveyed to the County of Hidalgo recorded in Volume 1848, Page 559, Deed Records of Hidalgo County, Texas, the southwest corner of the 11.3 acre tract and the southeast corner of the 15.85 acre tract, continuing for a total distance of 184.46' to a point for a southerly interior corner of Tract RGV-WSL-1002, said point being in the southwest line of the 0.746 acre levee easement, the southwest line of the 5.532 acre levee easement and the southwest line of the 15.85 acre tract and the north line of the Intake to Settling Basin tract;

**Thence:** departing the southwest line of the 0.746 acre levee easement, the southwest line of the 5.532 acre levee easement and the southwest line of the 15.85 acre tract, over and across the Intake to Settling Basin tract, the following courses and distances:

- S 31°46'41" W, for a distance of 76.90' to an angle point of Tract RGV-WSL-1002;

- S 15°49'08" E, passing at 226.60' the east line of the Intake to Settling Basin tract and the west line of Lot 1, Tejon Land and Water Company Subdivision, continuing for a total distance of 250.00' to an angle point of Tract RGV-WSL-1002;

- S 31°44'36" W, passing at 23.25' the west line of Lot 1, Tejon Land and Water Company Subdivision and the east line of the Intake to Settling Basin tract, continuing over and across the Intake to Settling Basin tract for a total distance of 135.50' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1002-16=1023-2-2" for a southwesterly corner of Tract RGV-WSL-1002, said point being in the southwest line of the Intake to Settling Basin tract and the northeast line of a called 471.14 acre tract conveyed to the United States of America recorded in Volume 2107, Page 434, Deed Records of Hidalgo County, Texas ("Tract 354");

**Thence:** N 15°49'08" W, with the southwest line of the Intake to Settling Basin tract and the northeast line of the 471.14 acre tract, passing at 382.80' the south corner of a called 0.2294 acre Perpetual Access & Utility Easement (RGV-MER-T1007E) and the southeast line of a called 8.9362 acre Perpetual Access & Utility Easement (RGV-MER-T1005E), passing at 463.63' the northwest corner of the 0.2294 acre Perpetual Access & Utility Easement and the northeast line of the 8.9362 acre Perpetual Access & Utility Easement, continuing for a total distance of 545.45' to a point for a westerly corner of Tract RGV-WSL-1002, said point being in the southwest line of the Intake to Settling Basin tract, said point being at the northerly northeast corner of the 471.14 acre tract;

## SCHEDULE C (Cont.)

**Thence:** N 32°01'29" E, over and across the Intake to Settling Basin tract, passing at 13.16' the north line of the Intake to Settling Basin tract, the southwest line of the 15.85 acre tract and the southwest line of the 5.532 acre levee easement, continuing for a total distance of 78.53' to a point for a northwesterly corner of Tract RGV-WSL-1002, said point being within the 15.85 acre tract, said point being in the south line of a tract of land conveyed to Grupo Inmobiliario Morales Franco, S.A., Inc. recorded in Instrument No. 1036197, Official Records of Hidalgo County, Texas;

**Thence:** over and across the 15.85 acre tract, with the south line of the Grupo tract, the following courses and distances:

- S 57°58'31" E, passing at 34.50' the northwest line of the 0.746 acre levee easement, passing at 90.93' the northwest line of the 0.2294 acre Perpetual Access & Utility Easement, passing at 151.77' the southeast line of the 0.2294 acre Perpetual Access & Utility Easement, continuing for a total distance of 216.79' to a point for an interior angle of Tract RGV-WSL-1002, said point being at the southeast corner of the Grupo tract;

- N 08°44'05" E, passing at 92.71' the north line of the 11.3 acre tract, continuing for a total distance of 230.19' to a point for the northerly northwest corner of Tract RGV-WSL-1002, said point being in the east line of the Grupo tract;

**Thence:** S 56°59'58" E, departing the east line of the Grupo tract, for a distance of 38.03' to a point for a northwesterly corner of Tract RGV-WSL-1002, said point being at a southwesterly corner of a tract of land conveyed to 19th Hole Properties, LLC by Special Warranty Deed recorded in Instrument No. 2016-2741115, Official Records of Hidalgo County, Texas;

**Thence:** S 09°01'10" W, with the west line of the 19th Hole Properties, LLC tract, for a distance of 54.77' to a point for a northwesterly interior corner of Tract RGV-WSL-1002, said point being at the northwest corner of the 75' strip tract, a southwesterly corner of the 19th Hole Properties, LLC tract and the northwest corner of the "996-H, Tract No. 1" river levee right-of-way;

**Thence:** S 58°15'16" E, with the north line of the 75' strip tract, the south line of the 19th Hole Properties, LLC tract and the north line of the "996-H, Tract No. 1" river levee right-of-way, for a distance of 185.90' to a point of curvature to the left, said point being at the northeast corner of the "996-H, Tract No. 1" river levee right-of-way and the northwest corner of the "996-H, Tract No. 2" river levee right-of-way;

**Thence:** with the north line of the 75' strip tract, the south line of the 19th Hole Properties, LLC tract and the north line of the "996-H, Tract No. 2" river levee right-of-way, the following courses and distances:

- Along said curve to the left for an arc distance of 1600.74', with a central angle of 52°06'31" and a radius of 1760.09', with a chord bearing of S 84°18'09" E, for a distance of 1546.14' to a point of compound curvature to the left, said point being at the northeast corner of the "996-H, Tract No. 2" river levee right-of-way and the northwest corner of the "996-H, Tract No. 3" river levee right-of-way;

- Along said compound curve to the left, for an arc distance of 1425.41', with a central angle of 49°46'35" and a radius of 1640.73', with a chord bearing of N 44°45'08" E,

## SCHEDULE C (Cont.)

passing at an arc distance of 1094.29' the northeast corner of the "996-H, Tract No. 3" river levee right-of-way and the southwest corner of the "996-H, Tract No. 4" river levee right-of-way, passing at an arc distance of 1225.23' the northwest corner of the "996-H, Tract No. 4" river levee right-of-way, continuing for a total chord distance of 1381.00' to a point for a northerly exterior corner of Tract RGV-WSL-1002, said point being in the northwest line of the 75' strip tract and the southeast line of the 19th Hole Properties, LLC tract;

**Thence:** S 70°02'54" E, departing the southeast line of the 19th Hole Properties, LLC tract, over and across the 75' strip tract, for a distance of 74.71' to a point for a northerly exterior corner of Tract RGV-WSL-1002, said point being in the east line of the 75' strip tract and the west line of the 11.3 acre tract, said point marking a point of curvature to the right;

**Thence:** with the east line of the 75' strip tract and the west line of the 11.3 acre tract, along said curve to the right, for an arc distance of 210.13', with a central angle of 7°01'02" and a radius of 1715.73', with a chord bearing of S 23°27'37" W, passing at an arc distance of 171.56' the north line of the "996-H, Tract No. 4" river levee right-of-way, continuing for a total chord distance of 210.00' to the point of tangency, said point being in the east line of the 75' strip tract and the west line of the 11.3 acre tract, said point being within the "996-H, Tract No. 4" river levee right-of-way;

**Thence:** N 89°57'33" E, departing the east line of the 75' strip tract, over and across the 11.3 acre tract and the "996-H, Tract No. 4" river levee right-of-way, passing at 92.00' the east line of the 11.3 acre tract and the west line of the 143.05 acre tract, continuing for a total distance of 182.27' to a point for a northerly interior corner of Tract RGV-WSL-1002, said point being within the 143.05 acre tract and the "996-H, Tract No. 4" river levee right-of-way;

**Thence:** over and across the 143.05 acre tract and the "996-H, Tract No. 4" river levee right-of-way, the following courses and distances:

- N 08°34'24" E, for a distance of 23.90' to a point for a northerly exterior corner of Tract RGV-WSL-1002;

- S 89°59'57" E, passing at 48.73' the east line of the "996-H, Tract No. 4" river levee right-of-way and the west line of the "126-H" river levee right-of-way, passing at 80.11' the east line of the 143.05 acre tract and the west line of the 3.86 acre tract, passing at 943.21' the east line of the "126-H" river levee right-of-way and the west line of the "125-H" river levee right-of-way, passing at 1158.51' the east line of the "125-H" river levee right-of-way and the west line of the "124-H" river levee right-of-way, passing at 1369.67' the east line of the "124-H" river levee right-of-way, the east line of the 3.86 acre tract, the west line of the 8.80 acre tract and the west line of the "123-H" river levee right-of-way, passing at 1635.16' the east line of the "123-H" river levee right-of-way and the west line of the "122-H" river levee right-of-way, passing at 2692.51' the east line of the "122-H" river levee right-of-way and the west line of the "90-H" river levee right-of-way, continuing for a total distance of 2703.64' to a found PK nail in asphalt for the northeast corner of Tract RGV-WSL-1002, said point being in the east line of the 8.80 acre tract, the west line of the remainder of the 15.21 acre tract and the approximate centerline of S McColl Road, said point being within the "90-H" river levee right-of-way,

said point bears S 42°01'58" E, a distance of 41.92' from United States Army Corps of Engineers Control Point No. 108;

**Thence:** S 08°20'24" W, with the east line of the 8.80 acre tract, the west line of the remainder of the 15.21 acre tract and the approximate centerline of S McColl Road, over and across the "90-H" river levee right-of-way, for a distance of 42.11' to the **Point of Beginning.**

## SCHEDULE C (Cont.)

RGV-WSL-1034-2

**Being** a 19.290 acre (840,289 square feet) parcel of land, more or less, being out of the Domingo Fonseca Survey, Abstract No. 33, the Gregerio Comacho Survey, Abstract No. 28 and the Juan Jose Hinojosa Survey, Abstract No. 40, Hidalgo County, Texas, being out of Porciónes 67, 68 and 69, and being out of the following tracts:

- A called 4.58 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Third Tract, Lateral A);

- A called 4.52 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Fourth Tract, Lateral A);

- A called 4.32 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Fifth Tract, Lateral A);

- A called 11.44 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Sixth Tract, Lateral A);

- 300 miles, more or less, of canals and laterals located in Hidalgo County, Texas as conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Seventeenth – Canals and Laterals);

Said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found PK nail in asphalt for an angle point in the northwest line of Tract RGV-WSL-1034-2, said point being in the approximate centerline of S McColl Road (also known as Old Military Road, called 60' width), said point being at the southeast corner of the remainder of a called 6.89 acre tract conveyed to Tax Ranch, LLC by Tax Resale Deed recorded in Instrument No. 2016-2756021, Official Records of Hidalgo County, Texas (Save & Except 1.11 acres), the easterly southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 437, Page 297, Deed Records of Hidalgo County, Texas ("122-H"), and the southwest corner of the remainder of a called 15.21 acre tract

## SCHEDULE C (Cont.)

conveyed to Jose Arnoldo Aguilar recorded in Volume 3371, Page 720, Deed Records of Hidalgo County, Texas, said point being in the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 475, Deed Records of Hidalgo County, Texas ("90-H"), said point having the coordinates of N=16558873.397, E=1072371.839, said point bears S 09°03'44" E, a distance of 107.96' from United States Army Corps of Engineers Control Point No. 108;

Thence: departing the approximate centerline of S McColl Road, with the northwest line of the "Canals and Laterals" tract and the south line of the 15.21 acre tract, over and across the "90-H" river levee right-of-way and the right-of-way of Doffin Canal Road, the following courses and distances:

- N 74°58'39" E, for a distance of 87.55' to an angle point in the northwest line of Tract RGV-WSL-1034-2, said point being at an angle in the south line of the remainder of the 15.21 acre tract and an angle in the northwest line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract;

- S 85°19'45" E, for a distance of 1526.25' to a point for a northerly interior corner of Tract RGV-WSL-1034-2, said point being at the southeast corner of the 15.21 acre tract and a northerly corner of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, said point being in the west line of the 4.58 acre tract, the east line of Porción 67 and the west line of Porción 68, said point being within the right-of-way of Doffin Canal Road and the "90-H" river levee right-of-way;

Thence: N 08°23'28" E, with the east line of the 15.21 acre tract, the west line of the 4.58 acre tract, the east line of Porción 67 and the west line of Porción 68, over and across the right-of-way of Doffin Canal Road and the "90-H" river levee right-of-way, for a distance of 20.23' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1014-7=1034-2-4" for a northerly corner of Tract RGV-WSL-1034-2, said point being in the east line of the 15.21 acre tract, the west line of the 4.58 acre tract, the east line of Porción 67, the west line of Porción 68 and the north right-of-way line of Doffin Canal Road, said point being within the "90-H" river levee right-of-way, said point being in the north toe of the levee, said point marking a point of curvature to the right;

Thence: departing the east line of the 15.21 acre tract and the east line of Porción 67, with the north right-of-way line of Doffin Canal Road and the north toe of the levee, over and across the 4.58 acre tract, the 4.52 acre tract, the 4.32 acre tract, the 11.44 acre tract and the "90-H" river levee right-of-way, the following courses and distances:

- Along said curve to the right for an arc distance of 28.39', with a central angle of 2°42'40" and a radius of 600.00', with a chord bearing of S 64°58'12" E, for a distance of 28.39' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1034-2-5" for the point of tangency;

- S 63°33'47" E, passing at 1482.44' the west right-of-way line of Jackson Road (called 40' width), passing at 1499.57' the east line of the 4.58 acre tract and the west line of the 4.52 acre tract, passing at 1524.48' the east right-of-way line of Jackson Road, continuing for a total distance of 2496.89' to a found 5/8" rebar with a "MDS" aluminum disk

## SCHEDULE C (Cont.)

capped survey marker stamped with the following description: "RGV-WSL-1034-2-6" for a point of curvature to the left;

- Along said curve to the left for an arc distance of 527.91', with a central angle of 17°47'33" and a radius of 1700.00', with a chord bearing of S 72°27'33" E, for a distance of 525.80' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1034-2-7" for the point of tangency, said point being in the east line of the 4.52 acre tract, the west line of the 4.32 acre tract, the east line of Porción 68 and the west line of Porción 69;

- S 81°21'20" E, passing at 1439.08' the east line of the 4.32 acre tract and the west line of the 11.44 acre tract, continuing for a total distance of 5272.78' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1034-2-8=2021-2" for the northeast corner of Tract RGV-WSL-1034-2, said point being in the east line of the 11.44 acre tract, the east line of the "90-H" river levee right-of-way, the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 432, Page 450, Deed Records of Hidalgo County, Texas ("89-H"), the west line of a called 10.88 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Seventh Tract, Lateral A") and the north right-of-way line of Doffin Canal Road, said point being in the north toe of the levee;

**Thence:** S 08°30'14" W, departing the north toe of the levee, with the east line of the 11.44 acre tract, the east line of the "90-H" river levee right-of-way, the west line of the 10.88 acre tract and the west line of the "89-H" river levee right-of-way, over and across the right-of-way of Doffin Canal Road, passing at 52.98' the southeast corner of the 11.44 acre tract, the southwest corner of the 10.88 acre tract and the north line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, continuing for a total distance of 102.61' to a point for the southeast corner of Tract RGV-WSL-1034-2, said point being at the southeast corner of the "90-H" river levee right-of-way, the northwest corner of a called 1.89 acre tract conveyed to the City of Pharr by Warranty Deed recorded in Volume 2625, Page 589, Deed Records of Hidalgo County, Texas and the northeast corner of a called 67.10 acre tract conveyed to Gilbert F. Vela and Vela Family Trust utd 9/15/1994 by Deed of Partition recorded in Instrument No. 2014-2479384, Official Records of Hidalgo County, Texas ("Exhibit D, Tract I"), said point being in the west line of the "89-H" river levee right-of-way, the south right-of-way line of Doffin Canal Road and the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract;

**Thence:** N 81°11'45" W, departing the west line of the "89-H" river levee right-of-way, with the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the north line of the 67.10 acre tract, the south line of the "90-H" river levee right-of-way and the south right-of-way line of Doffin Canal Road, passing at 1808.96' the northwest corner of the 67.10 acre tract and the northeast corner of a called 5.05 acre tract retained by Victoria V. Martinez, Independent Executor, et al by Deed of Partition recorded in Instrument No. 2014-2479384, Official Records of Hidalgo County, Texas ("Exhibit A, Save & Except Tract"), passing at 1859.00' the northwest corner of the 5.05 acre tract and the northeast corner of a called 26.61 acre tract conveyed to Gilbert F. Vela and Vela Family Trust utd 9/15/1994 by Deed

## SCHEDULE C (Cont.)

of Partition recorded in Instrument No. 2014-2479384, Official Records of Hidalgo County, Texas ("Exhibit D, Tract II"), passing at 3837.03' a found 2" iron pipe at the northwest corner of the 26.61 acre tract and the northeast corner of a called 1.30 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1687, Page 762, Deed Records of Hidalgo County, Texas ("Tract 18"), continuing for a total distance of 4041.80' to a found International Boundary and Water Commission monument for a southerly angle point of Tract RGV-WSL-1034-2, said point being in the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the south line of the "90-H" river levee right-of-way and the south right-of-way line of Doffin Canal Road, said point being at an angle in the north line of the 1.30 acre tract;

**Thence:** N 81°21'45" W, with the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the north line of the 1.30 acre tract, the south line of the "90-H" river levee right-of-way and the south right-of-way line of Doffin Canal Road, passing at 13.75' the northwest corner of the 1.30 acre tract and the northeast corner of a called 16.60 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1617, Page 698, Deed Records of Hidalgo County, Texas, passing at 25.84' the northwest corner of the 16.60 acre tract and the northeast corner of a 17.69 acre U.S. Fish and Wildlife Service tract (no record found), passing at 253.08' the northwest corner of the 17.69 acre tract and the northeast corner of a called 24.36 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1556, Page 987, Deed Records of Hidalgo County, Texas ("Tract 321"), passing at 488.22' the northwest corner of the 24.36 acre tract and the northeast corner of a called 3.50 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1556, Page 987, Deed Records of Hidalgo County ("Tract 21-1"), passing at 522.70' the northwest corner of the 3.50 acre tract and the northeast corner of a called 9.81 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1604, Page 837, Deed Records of Hidalgo County, Texas ("Tract 322"), passing at 620.32' the northwest corner of the 9.81 acre tract and the northeast corner of a called 18.69 acre tract conveyed to the U.S. Fish and Wildlife Service by Warranty Deed recorded in Volume 1532, Page 814, Deed Records of Hidalgo County, Texas ("Tract 323"), passing at 810.32' a found U.S. Fish and Wildlife Service monument at the northwest corner of the 18.69 acre tract and the northeast corner of a called 16.36 acre tract conveyed to Tax Ranch L.L.C. by Tax Resale Deed recorded in Instrument No. 2016-2719236, Official Records of Hidalgo County, Texas ("Tract No. 2"), passing at 981.66' the northwest corner of the 16.36 acre tract and the northeast corner of a called 24.36 acre tract conveyed to Tax Ranch L.L.C. by Tax Resale Deed recorded in Instrument No. 2016-2719236, Official Records of Hidalgo County, Texas ("Tract No. 1"), continuing for a total distance of 1224.90' to an angle point of Tract RGV-WSL-1034-2, said point being in the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the south line of the "90-H" river levee right-of-way and the south right-of-way line of Doffin Canal Road, said point being at an angle in the north line of the 24.36 acre Tax Ranch L.L.C. tract;

**Thence:** N 79°22'47" W, with the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the south line of the "90-H" river levee right-of-way, the south right-of-way line of Doffin Canal Road and the north line of the 24.36 acre Tax Ranch L.L.C. tract, passing at 14.53' the northwest corner of the 24.36 acre Tax Ranch L.L.C. tract, the northeast corner of a called 37.4 acre tract conveyed to Malcom G. Dyer and Mary Agnes Dyer

## SCHEDULE C (Cont.)

by Warranty Deed recorded in Volume 2613, Page 712, Deed Records of Hidalgo County, Texas and being the same tract of land conveyed to Malcom G. Dyer recorded in Volume 3357, Page 393, Deed Records of Hidalgo County, Texas, the west line of Porción 69 and the east line of Porción 68, continuing for a total distance of 103.70' to a found International Boundary and Water Commission monument for a southerly angle point of Tract RGV-WSL-1034-2, said point being in the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the south right-of-way line of Doffin Canal Road and the south line of the "90-H" river levee right-of-way, said point being at an angle in the north line of the 37.4 acre tract;

**Thence:** with the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the north line of the 37.4 acre tract, the south right-of-way line of Doffin Canal Road and the south line of the "90-H" river levee right-of-way, the following courses and distances:

- N 76°22'44" W, for a distance of 106.50' to a found International Boundary and Water Commission monument for a southerly angle point of Tract RGV-WSL-1034-2;

- N 70°33'45" W, for a distance of 109.10' to a found International Boundary and Water Commission monument for a southerly angle point of Tract RGV-WSL-1034-2;

- N 63°55'35" W, for a distance of 1209.37' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1014-15" for a southerly angle point of Tract RGV-WSL-1034-2;

- N 63°20'45" W, passing at 402.49' the northwest corner of the 37.4 acre tract and the northeast corner of a called 247 acre tract conveyed to Capote Farms, Inc. by Warranty Deed with Vendor's Lien recorded in Instrument No. 1976-25373, Deed Records of Hidalgo County, Texas and being the same tract of land conveyed to Malcom G. Dyer recorded in Volume 3357, Page 393, Deed Records of Hidalgo County, Texas, continuing for a total distance of 1534.20' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1018-2=1020-1" for a southerly angle point of Tract RGV-WSL-1034-2, said point being at the northwest corner of the 247 acre tract, the northwest corner of a called 0.50 of one acre tract conveyed to Susana C. Gaona by General Warranty Deed with Vendor's Lien recorded in Instrument No. 2005-1515371, Official Records of Hidalgo County, Texas and an angle in the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, said point being in the south line of the "90-H" river levee right-of-way, the south right-of-way line of Doffin Canal Road, the west line of Porción 68 and the east line of Porción 67;

**Thence:** N 85°19'45" W, departing the west line of Porción 68, with the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the north line of the 0.50 of one acre Gaona tract, the south right-of-way line of Doffin Canal Road and the south line of the "90-H" river levee right-of-way, passing at 104.36' a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1017-2=1018-1" at the northwest corner of the 0.50 of one acre Gaona tract and the northeast corner of a called 0.50 of one acre tract conveyed to Domingo Perez and wife, Guadalupe R. Perez by Correction Warranty Deed recorded in Volume 1844, Page 185, Deed Records of Hidalgo County, Texas, passing at 209.21' a found 1/2" rebar at the northwest corner

## SCHEDULE C (Cont.)

of the 0.50 of one acre Perez tract and the northwest corner of the east portion of the remainder of a called 72.000 acre tract conveyed to Chet L. Miller, III by Special Warranty Deed recorded in Instrument No. 2009-1991556, Official Records of Hidalgo County, Texas, passing at 1205.27' the northwest corner of the east portion of the remainder of the 72.000 acre tract and the northeast corner of a called 6.96 acre tract conveyed to Chetley L. Miller IV by General Warranty Gift Deed recorded in Instrument No. 2014-2538044, Official Records of Hidalgo County, Texas, passing at 1305.27' the northwest corner of the 6.96 acre tract and the northeast corner of the west portion of the remainder of the 72.000 acre tract, continuing for a total distance of 1424.70' to a southerly angle point of Tract RGV-WSL-1034-2, said point being at an angle in the north line of the west portion of the remainder of the 72.000 acre tract and an angle in the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, said point being in the south right-of-way line of Doffin Canal Road and the south line of the "90-H" river levee right-of-way;

**Thence:** N 89°54'46" W, with the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract, the north line of the west portion of the remainder of the 72.000 acre tract, the south right-of-way line of Doffin Canal Road and the south line of the "90-H" river levee right-of-way, passing at 80.48' a found 1/2" rebar at the northwest corner of the west portion of the remainder of the 72.000 acre tract and the northeast corner of a called 50.975 acre tract conveyed to Margarita Requena Pasillas by Warranty Deed recorded in Instrument No. 2015-2575869, Official Records of Hidalgo County, Texas, continuing for a total distance of 85.95' to a point for a southerly corner of Tract RGV-WSL-1034-2, said point being in the south line of the Hidalgo County Water Improvement District No. Two "Canals and Laterals" tract and the south line of the "90-H" river levee right-of-way, said point being at a northerly corner of the 50.975 acre tract, said point being at the intersection of the south right-of-way line of Doffin Canal Road and the southeast right-of-way line of S McColl Road;

**Thence:** S 75°39'12" W, departing the south line of the "90-H" river levee right-of-way, with the northwest line of the 50.975 acre tract and the southeast right-of-way line of S McColl Road, for a distance of 419.93' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1013-1" for the southwest corner of Tract RGV-WSL-1034-2, said point being in the northwest line of the 50.975 acre tract and the southeast right-of-way line of S McColl Road;

**Thence:** departing the northwest line of the 50.975 acre tract, over and across the right-of-way of S McColl Road, the following courses and distances:

- N 35°24'43" E, for a distance of 58.44' to a set PK nail in asphalt for an angle point of Tract RGV-WSL-1034-2;

- N 04°27'00" W, for a distance of 22.96' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1012-5=1034-2-21" for a northwesterly corner of Tract RGV-WSL-1034-2, said point being in the northwest right-of-way line of S McColl Road and the southeast line of the remainder of the 6.89 acre tract;

**Thence:** N 75°39'30" E, with the northwest right-of-way line of S McColl Road and the southeast line of the remainder of the 6.89 acre tract, passing at 130.75' a found International

# SCHEDULE C (Cont.)

RGV-WSL-2021

Being a 13.007 acre (566,598 square feet) parcel of land, being out of the Narciso Cabazos Survey, Abstract No. 30, the Juan José Hinojosa Survey, Abstract No. 40 and the Antonio Velasco Survey, Abstract No. 45, Hidalgo County, Texas, being out of Porciónes 69, 70 and 71, being out of a called 10.88 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Sixth - Lateral A – 7th Tract"), a called 5.73 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Sixth - Lateral A – 8th Tract"), a called 0.37 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Sixth - Lateral A – 9th Tract"), a called 2.45 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Sixth - Lateral A – 10th Tract"), a called 1.22 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Thirteenth – Miscellaneous Canals and Laterals – 1st Tract") and 300 miles, more or less, of canals and laterals located in Hidalgo County, Texas conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Seventeenth – Canals and Laterals"), said parcel of land being more particularly described by metes and bounds as follows;

Beginning at a point for a westerly exterior corner of Tract RGV-WSL-2021, said point being in the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 432, Page 450, Deed Records of Hidalgo County, Texas ("89-H"), said point being at the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 475, Deed Records of Hidalgo County, Texas ("90-H"), the northwest corner of a called 1.89 acre tract conveyed to the City of Pharr by Warranty Deed recorded in Volume 2625, Page 589, Deed Records of Hidalgo County, Texas and the northeast corner of a called 67.10 acre tract conveyed to Gilbert F. Vela and Vela Family Trust utd 9/15/1994 by Deed of Partition recorded

## SCHEDULE C (Cont.)

in Instrument No. 2014-2479384, Official Records of Hidalgo County, Texas ("Exhibit D, Tract I"), said point having the coordinates of N=16556615.705, E=1081941.086;

Thence: N 08-30-14 E, departing the south line of Lateral "A", with the west line of the "89-H" river levee right-of-way and the east line of the "90-H" river levee right-of-way, passing at 50.16' the northwest corner of the "89-H" river levee right-of-way, the southwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 472, Deed Records of Hidalgo County, Texas ("88-H"), the southwest corner of the 10.88 acre tract and the southeast corner of a called 11.44 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Sixth - Lateral A – 6th Tract"), continuing for a total distance of 102.61' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-2" for the northwest corner of Tract RGV-WSL-2021, said point being in the west line of the 10.88 acre tract, the east line of the 11.44 acre tract, the west line of the "88-H" river levee right-of-way, the east line of the "90-H" river levee right-of-way, the north toe of the levee and the north right-of-way line of Doffin Canal Road, said point bears S 38-31-28 W, a distance of 24.40' from United States Army Corps of Engineers Control Point No. 109;

Thence: departing the east line of the "90-H" river levee right-of-way, over and across the United States of America river levee right-of-way and Lateral "A", with the north toe of the levee and the north right-of-way line of Doffin Canal Road, the following courses and distances:

- S 81-25-35 E, for a distance of 1076.82' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-3" for a point of curvature to the left;

- Along said curve to the left for an arc distance of 535.22', with a central angle of 8-04-39 and a radius of 3796.49', with a chord bearing of S 85-52-08 E for a distance of 534.77' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-4" for a point of curvature to the left;

- Along said curve to the left for an arc distance of 322.07', with a central angle of 3-13-13 and a radius of 5730.29', with a chord bearing of N 89-38-48 E for a distance of 322.03' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-5" for a point of curvature to the left;

- Along said curve to the left for an arc distance of 590.66', with a central angle of 7-34-06 and a radius of 4471.52', with a chord bearing of N 86-15-22 E for a distance of 590.23' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-6" for the point of tangency;

- N 82-17-41 E, passing at 1107.11' the east line of the 10.88 acre tract and the west line of the 5.73 acre tract, continuing for a total distance of 3010.02' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-7" for an angle point of Tract RGV-WSL-2021, said point being in the west right-of-way line of "I" Road, said point being within the 5.73 acre tract and the

## SCHEDULE C (Cont.)

river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 470, Deed Records of Hidalgo County, Texas ("84-H");

- N 82-14-59 E, departing the west right-of-way line of "I" Road, over and across the "83-H" river levee right-of-way and the 5.73 acre tract, passing at 12.92' the east line of the 5.73 acre tract, the east line of the "84-H" river levee right-of-way, the west line of the 1.22 acre tract and the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 435, Page 510, Deed Records of Hidalgo County, Texas ("83-H"), continuing for a total distance of 2928.45' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-8" for a point of curvature to the right;

- Along said curve to the right for an arc distance of 593.87', with a central angle of 33-31-23 and a radius of 1015.00', with a chord bearing of S 80-59-20 E for a distance of 585.43' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2021-9" for the point of tangency;

- S 37-49-23 E, for a distance of 103.23' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2014-2-3=2021-10" for the southeast corner of Tract RGV-WSL-2021, said point being in the south line of Lateral "A" and the northeast line of a tract of land conveyed to KVS Family Limited Partnership recorded in Instrument No. 2002-1048589, Official Records of Hidalgo County, Texas ("Tract II"), said point being within the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 3");

Thence: with the south line of Lateral "A" and the north line of the KVS Family Limited Partnership tract, over and across the "78-H, Tract 3" river levee right-of-way, the following courses and distances:

- N 65-21-50 W, for a distance of 139.31' to a point of curvature to the left;

- Along said curve to the left for an arc distance of 551.36', with a central angle of 32-14-09 and a radius of 979.99', with a chord bearing of N 81-28-34 W for a distance of 544.12' to the point of tangency, said point being in the south line of Lateral "A", said point being within the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 384, Deed Records of Hidalgo County, Texas ("80-H");

Thence: S 82-24-17 W, with the south line of Lateral "A", over and across the "80-H" river levee right-of-way, passing at 96.16' the west line of the "80-H" river levee right-of-way, the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 2") and the northeast corner of a tract of land conveyed to F.E. & J.A. Knapp Limited Partnership recorded in Volume 2832, Page 949, Deed Records of Hidalgo County, Texas ("River Farm, Tract A"), passing at 532.88' the west line of the "78-H, Tract 2" river levee right-of-way, the southeast corner of the 0.37 acre tract and the east line of the river levee right-of-way

## SCHEDULE C (Cont.)

conveyed to the United States of America by Easement Deed recorded in Volume 436, Page 386, Deed Records of Hidalgo County, Texas ("81-H"), passing at 684.20' the southwest corner of the 0.37 acre tract, the northwest corner of the F.E. & J.A. Knapp Limited Partnership tract, the northeast corner of a called 246.14 acre tract conveyed to KVS Family Limited Partnership recorded in Instrument No. 2002-1048589, Official Records of Hidalgo County, Texas ("Tract III"), the west line of the "81-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 435, Page 398, Deed Records of Hidalgo County, Texas ("82-H"), continuing for a total distance of 1844.53' to an angle point of Tract RGV-WSL-2021, said point being in the south line of Lateral "A", the west line of the "82-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 1"), said point being at the northwest corner of the 246.14 acre tract;

Thence: S 81-34-06 W, with the south line of Lateral "A", over and across the "78-H, Tract 1" river levee right-of-way, for a distance of 188.90' to an angle point of Tract RGV-WSL-2021, said point being in the south line of Lateral "A", the west line of the "78-H, Tract 1" river levee right-of-way and the east line of the "83-H" river levee right-of-way, said point being at the northeast corner of a tract of land conveyed to John Mundt recorded in Volume 100, Page 86, Deed Records of Hidalgo County, Texas;

Thence: S 81-17-49 W, with the south line of Lateral "A" and the north line of the John Mundt tract, over and across the "83-H" river levee right-of-way, passing at 451.29' the southeast corner of the 1.22 acre tract, passing at 836.18' the northwest corner of the John Mundt tract and the east right-of-way line of "I" Road, continuing for a total distance of 867.10' to an angle point of Tract RGV-WSL-2021, said point being at the southwest corner of the 1.22 acre tract, the southeast corner of the 5.73 acre tract and the northeast corner of a called 427.252 acre tract conveyed to the United States of America recorded in Instrument No. 2012-2321228, Official Records of Hidalgo County, Texas, said point being in the west line of the "83-H" river levee right-of-way, the east line of the "84-H" river levee right-of-way and the approximate centerline of "I" Road;

Thence: S 82-08-31 W, departing the west line of the "83-H" river levee right-of-way and the approximate centerline of "I" Road, with the south line of Lateral "A" and the north line of the 427.252 acre tract, over and across the "84-H" river levee right-of-way, passing at 957.91' the west line of the "84-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 448, Page 563, Deed Records of Hidalgo County, Texas ("85-H"), continuing for a total distance of 1917.09' to an angle point of Tract RGV-WSL-2021, said point being at the southwest corner of the 5.73 acre tract, the southeast corner of the 10.88 acre tract and the northwest corner of the 427.252 acre tract, said point being in the west line of the "85-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 471, Deed Records of Hidalgo County, Texas ("86-H");

Thence: S 08-28-14 W, departing the south line of Lateral "A", with the west line of the 427.252 acre tract, the west line of the "85-H" river levee right-of-way and the east line of the "86-H"

## SCHEDULE C (Cont.)

river levee right-of-way, for a distance of 21.11' to a southerly corner of Tract RGV-WSL-2021, said point being in the west line of the 427.252 acre tract, the west line of the "85-H" river levee right-of-way and the east line of the "86-H" river levee right-of-way, said point being at the northeast corner of a tract of land conveyed to Capote Farms, Inc. recorded in Instrument No. 2001-1006793, Official Records of Hidalgo County, Texas;

Thence: S 82-14-16 W, with the north line of the Capote Farms, Inc. tract, over and across the "86-H" river levee right-of-way, passing at 956.28' the northwest corner of the Capote Farms, Inc. tract and the northeast corner of a tract of land conveyed to Capote Farms, Inc. recorded in Instrument No. 2002-1058050, Official Records of Hidalgo County, Texas, the west line of the "86-H" river levee right-of-way and the east line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 558, Deed Records of Hidalgo County, Texas ("87-H"), continuing for a distance of 1087.40' to a point of curvature to the right;

Thence: with the north line of the second Capote Farms, Inc. tract, over and across the "87-H" river levee right-of-way, along said curve to the right for an arc distance of 603.20', with a central angle of 5-57-50 and a radius of 5795.00', with a chord bearing of S 86-14-46 W for a distance of 602.93' to the point of tangency, said point being at the northwest corner of the second Capote Farms, Inc. tract, said point being in the west line of the "87-H" river levee right-of-way and the east line of the "88-H" river levee right-of-way;

Thence: S 09-03-43 W, with the west line of the second Capote Farms, Inc. tract, the west line of the "87-H" river levee right-of-way and the east line of the "88-H" river levee right-of-way, for a distance of 73.59' to a point for a southerly corner of Tract RGV-WSL-2021, said point being at the southwest corner of the second Capote Farms, Inc. tract, said point being in the north line of a called 429.1384 acre tract conveyed to Jimmie Dean Dreibelbis and Nancy Marlene Dreibelbis recorded in Instrument No. 2008-1877609, Official Records of Hidalgo County, Texas;

Thence: with the north line of the 429.1384 acre tract, the following courses and distances:

- N 81-18-27 W, for a distance of 73.05' to an angle point of Tract RGV-WSL-2021, said point being at a northerly corner of the 429.1384 acre tract, a southeasterly corner of the "88-H" river levee right-of-way and the east corner of the "89-H" river levee right-of-way;

- S 88-32-22 W, for a distance of 134.60' to an angle point of Tract RGV-WSL-2021;

- N 88-27-38 W, for a distance of 279.10' to an angle point of Tract RGV-WSL-2021;

- N 85-05-38 W, for a distance of 318.70' to an angle point of Tract RGV-WSL-2021;

- N 81-23-17 W, for a distance of 971.57' to a point for a southerly interior corner of Tract RGV-WSL-2021, said point being at the northwest corner of the 429.1384 acre tract, said point being in the south line of the "89-H" river levee right-of-way and the east right-of-way line of Pharr International Bridge;

## SCHEDULE C (Cont.)

**Thence:** S 08-33-20 W, departing the south line of the "89-H" river levee right-of-way, with the west line of the 429.1384 acre tract and the east right-of-way line of Pharr International Bridge, for a distance of 103.81' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2000-5=2021-26" for a southerly corner of Tract RGV-WSL-2021, said point being in the east right-of-way line of Pharr International Bridge and the west line of the 429.1384 acre tract;

**Thence:** departing the west line of the 429.1384 acre tract, over and across the right-of-way of Pharr International Bridge, the following courses and distances:

- S 86-39-35 W, for a distance of 22.91' to a set PK nail in asphalt for a southerly corner of Tract RGV-WSL-2021, said point being in the east line of a called 7.06 acre tract conveyed to the City of Pharr by Warranty Deed recorded in Volume 2810, Page 920, Deed Records of Hidalgo County, Texas ("Tract I");

- N 08-38-00 E, passing at 108.30' the south line of the "89-H" river levee right-of-way, continuing for a distance of 134.58' to a point for a southerly interior corner of Tract RGV-WSL-2021, said point being at the northeast corner of the 7.06 acre tract, said point being within the "89-H" river levee right-of-way;

- N 81-25-47 W, passing at 70.00' the northwest corner of the 7.06 acre tract and the northeast corner of the 1.89 acre tract, continuing for a total distance of 140.01' to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED

RGV-WSL-1002



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16558907.212 | 1072376.796 | RGV−WSL−1002−1=1012−3 |
| 2 | 16558905.360 | 1069784.120 | CALCULATED POINT (NOT SET) |
| 3 | 16558829.908 | 1069778.601 | RGV−WSL−1002−3=1003−1 |
| 4 | 16558829.380 | 1069693.540 | RGV−WSL−1002−4 |
| 5 | 16558859.394 | 1069695.736 | RGV−WSL−1002−5 |
| 6 | 16558859.208 | 1069665.736 | CALCULATED POINT (NOT SET) |
| 7 | 16558885.278 | 1069669.667 | CALCULATED POINT (NOT SET) |
| 8 | 16558885.137 | 1069472.397 | CALCULATED POINT (NOT SET) |
| 9 | 16558095.487 | 1068563.309 | RGV−WSL−1002−7 |
| 10 | 16558094.510 | 1068560.686 | RGV−WSL−1002−8 |
| 11 | 16558000.453 | 1067565.756 | RGV−WSL−1002−9 |
| 12 | 16558212.914 | 1067018.914 | RGV−WSL−1002−10 |
| 13 | 16558201.860 | 1066960.965 | CALCULATED POINT (NOT SET) |
| 14 | 16558108.791 | 1066903.387 | CALCULATED POINT (NOT SET) |
| 15 | 16558205.867 | 1066746.542 | CALCULATED POINT (NOT SET) |
| 16 | 16558140.496 | 1066706.045 | CALCULATED POINT (NOT SET) |
| 17 | 16557899.963 | 1066774.194 | CALCULATED POINT (NOT SET) |
| 18 | 16557784.733 | 1066702.906 | RGV−WSL−1002−16=1023−2−2 |
| 19 | 16558309.529 | 1066554.217 | CALCULATED POINT (NOT SET) |
| 20 | 16558376.110 | 1066595.862 | CALCULATED POINT (NOT SET) |
| 21 | 16558261.150 | 1066779.660 | CALCULATED POINT (NOT SET) |
| 22 | 16558488.673 | 1066814.617 | CALCULATED POINT (NOT SET) |
| 23 | 16558467.957 | 1066846.516 | RGV−WSL−1001−1=1002−21 |
| 24 | 16558413.864 | 1066837.929 | CALCULATED POINT (NOT SET) |
| 25 | 16558316.051 | 1066996.021 | CALCULATED POINT (NOT SET) |
| 26 | 16558162.557 | 1068534.522 | CALCULATED POINT (NOT SET) |
| 27 | 16559143.285 | 1069506.805 | CALCULATED POINT (NOT SET) |
| 28 | 16559117.793 | 1069577.030 | CALCULATED POINT (NOT SET) |
| 29 | 16558925.152 | 1069493.427 | CALCULATED POINT (NOT SET) |
| 30 | 16558925.282 | 1069675.698 | CALCULATED POINT (NOT SET) |
| 31 | 16558948.915 | 1069679.261 | CALCULATED POINT (NOT SET) |
| 32 | 16558948.872 | 1072382.903 | RGV−WSL−1002−29=1014−4 |
| 33 | 16558833.594 | 1072216.159 | POC RGV−WSL−1002 |

### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 75°39'29" E | 160.69' |
| L2 | N 08°20'24" E | 34.18' |
| L3 | S 89°57'33" W | 2592.68' |
| L4 | S 04°11'01" W | 75.65' |
| L5 | S 89°38'40" W | 85.06' |
| L6 | N 04°11'01" E | 30.09' |
| L7 | S 89°38'40" W | 30.00' |
| L8 | N 08°34'24" E | 26.36' |
| L9 | S 89°57'33" W | 197.27' |
| L10 | S 69°33'55" W | 2.80' |
| L11 | S 31°44'36" W | 109.44' |
| L12 | N 58°14'43" W | 184.46' |
| L13 | S 31°46'41" W | 76.90' |
| L14 | S 15°49'08" E | 250.00' |
| L15 | S 31°44'36" W | 135.50' |
| L16 | N 15°49'08" W | 545.45' |
| L17 | N 32°01'29" E | 78.53' |
| L18 | S 57°58'31" E | 216.79' |
| L19 | N 08°44'05" E | 230.19' |
| L20 | S 56°59'58" E | 38.03' |
| L21 | S 09°01'10" W | 54.77' |
| L22 | S 58°15'16" E | 185.90' |
| L23 | S 70°02'54" E | 74.71' |
| L24 | N 89°57'33" E | 182.27' |
| L25 | N 08°34'24" E | 23.90' |
| L26 | S 89°59'57" E | 2703.64' |
| L27 | S 08°20'24" W | 42.11' |
| L28 | S 42°01'58" E | 41.92' |

### CURVE TABLE

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 1715.73' | 1230.35' | 1204.15' | S 49°01'19" W | 41°05'12" |
| C2 | 1809.13' | 1012.53' | 999.37' | S 84°35'58" W | 32°04'02" |
| C3 | 1438.25' | 590.81' | 586.66' | N 68°46'04" W | 23°32'10" |
| C4 | 43.47' | 64.84' | 58.99' | S 79°12'00" W | 85°28'02" |
| C5 | 1760.09' | 1600.74' | 1546.14' | S 84°18'09" E | 52°06'31" |
| C6 | 1640.73' | 1425.41' | 1381.00' | N 44°45'08" E | 49°46'35" |
| C7 | 1715.73' | 210.13' | 210.00' | S 23°27'37" W | 7°01'02" |

**NOTES:**

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OR 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 09/12/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886−1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729 SIDNEY BAKER, SUITE B • KERRVILLE, TX 78028 • 830−816−1818

| | |
|---|---|
| METES & BOUNDS SURVEY | |
| HIDALGO COUNTY WATER IMPROVEMENT DISTRICT No. TWO | |
| TRACT No. RGV-WSL-1002 | |
| HIDALGO COUNTY | TEXAS |

MDS PROJ. NO. 18-206-00　FILE NAME: RGV−WSL−1002　DATE: 3/10/2020



**ENGINEERING, INC.**
600 AIRPORT ROAD
HOT SPRINGS, AR 71913
(Ph) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com



U.S. Army Corps of Engineers

## SCHEDULE D (Cont.)



OWNERSHIP TABLE

| OWNER | KEY | LEGAL DESCRIPTION | REMAINING AREA |
|---|---|---|---|
| HIDALGO COUNTY WATER IMPROVEMENT DISTRICT No. TWO | 1 | CALLED 8.80 ACRES VOL. 120, PG. 531 DRHC | 7.56 ACRES |
| | 2 | CALLED 3.86 ACRES VOL. 120, PG. 531 DRHC | 2.57 ACRES |
| | 3 | CALLED 465.55 ACRES VOL. 19, PG. 177 DRHC | N/A |
| | 4 | CALLED 143.05 ACRES VOL. 120, PG. 531 DRHC | 142.79 ACRES |
| | 5 | CALLED 11.3 ACRES VOL. 120, PG. 531 DRHC | 10.34 ACRES |
| | 6 | CALLED 75' STRIP VOL. 120, PG. 531 DRHC | 1.20 ACRES |
| | 7 | INTAKE TO SETTLING BASIN TRACT VOL. 197, PG. 268 DRHC | 0.43 ACRES |
| | 8 | CALLED LOT 1, SUBDIVISION "A", TEJON LAND & WATER COMPANY VOL. 167, PG. 553 DRHC | N/A |
| | 9 | CALLED 15.85 ACRES VOL. 120, PG. 531 DRHC | N/A |

ADJOINER OWNERSHIP TABLE

| KEY | GRANTEE | LEGAL DESCRIPTION |
|---|---|---|
| 10 | TAX RANCH, LLC | REMAINDER OF CALLED 6.89 ACRES INST. No. 2016-2756021 ORHC |
| 11 | VALLEY VIEW INDEPENDENT SCHOOL DISTRICT | CALLED 15.000 ACRES INST. No. 1498814 ORHC |
| 12 | PHARR PROPERTIES, LTD. | CALLED 1.676 ACRES INST. No. 1243189 ORHC |
| 13 | SAMANTHA MARIE GARCIA, ET AL | CALLED 1.11 ACRES INST. No. 2001-1016353 ORHC |
| 14 | ROGELIO GUZMAN | CALLED 1 ACRE INST. No. 1987-11909 ORHC |
| 15 | SANTIAGO ARISMINDIS | REMAINDER OF CALLED .3 ACRES INST. No. 1997-629743 ORHC |
| 16 | MYRNA SUE ARISMENDEZ GARZA, ET AL | REMAINDER OF CALLED 2.0 ACRES INST. No. 2004-1410180 ORHC |
| 17 | FERNANDO SANCHEZ, ET AL | CALLED 2.0 ACRES INST. No. 2006-1632927 ORHC |
| 18 | EZEQUIEL DELGADILLO, ET UX | CALLED 0.481 ACRES VOLUME 2097, PAGE 375 ORHC |
| 19 | MANUEL RODRIGUEZ, JR | REMAINDER OF CALLED 2.0 ACRES INST. No. 1996-543919 ORHC |
| 20 | RUBEN D. PLATA, TRUSTEE | CALLED 7.91 ACRES INST. No. 2012-2282965 ORHC |
| 21 | GRUPO INMOBILIARIO MORALES FRANCO, INC. | CONTAINING THREE TRACTS INST. No. 1036197 ORHC |
| 22 | UNITED STATES OF AMERICA | CALLED 471.14 ACRES VOLUME 2107, PAGE 434 DRHC |

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729 SIDNEY BAKER, SUITE B · KERRVILLE, TX 78028 · 830-816-1818

METES & BOUNDS SURVEY
HIDALGO COUNTY WATER IMPROVEMENT
DISTRICT No. TWO
TRACT No. RGV-WSL-1002
HIDALGO COUNTY                                    TEXAS

MDS PROJ. NO. 18-200-00      FILE NAME: RGV-WSL-1002      DATE: 3/10/2020

## SCHEDULE D (Cont.)

### SHEET INDEX KEY



RGV-WSL-1002
ACQUISITION AREA:
11.115 ACRES

PLAT SHOWING A 11.115 ACRE (484,190 SQUARE FEET) PARCEL OF LAND, BEING OUT OF THE M. UJANDA LE LOS RIOS SURVEY, ABSTRACT NO. 41, THE JOSE FELIX HINOJOSA SURVEY, ABSTRACT NO. 39 AND THE DOMINGO FONSECA SURVEY, ABSTRACT NO. 33, HIDALGO COUNTY, TEXAS, BEING OUT OF PORCIÓNES 65, 66 AND 67, BEING OUT OF A CALLED 15.85 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED CONVEYANCE AND BILL OF SALE RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("MAIN CANAL, 1ST TRACT"), BEING OUT OF A CALLED 11.3 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED CONVEYANCE AND BILL OF SALE RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("MAIN CANAL, 2ND TRACT"), BEING OUT OF A CALLED 7.4 ACRE, 75' STRIP OF LAND CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED CONVEYANCE AND BILL OF SALE RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("MAIN CANAL, 3RD TRACT"), BEING OUT OF A CALLED 143.05 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED CONVEYANCE AND BILL OF SALE RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("MAIN CANAL, 5TH TRACT"), BEING OUT OF A CALLED 3.86 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED CONVEYANCE AND BILL OF SALE RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("LATERAL A, FIRST TRACT"), BEING OUT OF A CALLED 8.80 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED CONVEYANCE AND BILL OF SALE RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("LATERAL A, SECOND TRACT"), BEING OUT OF A TRACT OF LAND CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 197, PAGE 268, DEED RECORDS OF HIDALGO COUNTY, TEXAS ("INTAKE TO SETTLING BASIN"), BEING OUT OF A CALLED 465.55 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO RECORDED IN VOLUME 19, PAGE 177, DEED RECORDS OF HIDALGO COUNTY, TEXAS AND BEING OUT OF LOT 1, SUBDIVISION "A" OF THE TEJON LAND AND WATER COMPANY SUBDIVISION AS CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 167, PAGE 553, DEED RECORDS OF HIDALGO COUNTY, TEXAS

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER         R.P.L.S. # 4939

3/10/2020
DATE

STATE OF TEXAS
REGISTERED
JEFF BOERNER
4939
PROFESSIONAL
LAND SURVEYOR



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
729 SIDNEY BAKER, SUITE B · KERRVILLE, TX 78028 · 830-816-1818

| | | | | | BY | DATE | |
|---|---|---|---|---|---|---|---|
| METES & BOUNDS SURVEY | Mark Description | Date | Appr | Drawn | DVB | 6/19 | |
| HIDALGO COUNTY WATER IMPROVEMENT | | | | Checked | LMK | 6/19 | |
| DISTRICT NO. TWO | | | | Surveyor | JDB | 6/19 | |
| TRACT No. RGV-WSL-1002 | | | | Fld.Bk.# | 18RGVH-T1-M1 | | |
| HIDALGO COUNTY          TEXAS | CONTRACT NO.: W912T3-14-D-0013 | | | | | | |

 ENGINEERING, INC.



Drawing Ref No.
SHEET 19 of 19

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-WSL-1002    DATE: 3/10/2020

## SCHEDULE D (Cont.)



RGV-WSL-1034-2

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 74°58'39" E | 87.55' |
| L2 | S 85°19'45" E | 1526.25' |
| L3 | N 08°23'28" E | 20.23' |
| L4 | S 63°33'47" E | 2496.89' |
| L5 | N 81°21'20" E | 5272.78' |
| L6 | S 08°30'14" W | 102.61' |
| L7 | N 81°11'45" W | 4041.80' |
| L8 | N 81°21'45" W | 1224.90' |
| L9 | N 79°22'47" W | 103.70' |
| L10 | N 76°22'44" W | 106.50' |
| L11 | N 70°13'45" W | 109.10' |
| L12 | N 63°55'35" W | 1209.37' |
| L13 | N 63°20'45" W | 1534.20' |
| L14 | N 85°19'45" W | 1424.70' |
| L15 | N 89°54'46" W | 85.95' |
| L16 | S 75°39'12" W | 419.93' |
| L17 | N 35°24'43" E | 58.44' |
| L18 | N 04°27'00" W | 22.96' |
| L19 | N 75°39'30" E | 291.45' |
| L20 | S 09°03'44" E | 107.96' |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 600.00' | 28.39' | 28.39' | S 64°58'12" E | 2°42'40" |
| C2 | 1700.00' | 527.91' | 525.80' | S 72°27'33" E | 17°47'33" |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16558873.397 | 1072371.839 | RGV-WSL-1012-4=1014-3=1034-2-1 |
| 2 | 16558896.091 | 1072456.400 | RGV-WSL-1034-2-2 |
| 3 | 16558771.806 | 1073977.577 | RGV-WSL-1034-2-3 |
| 4 | 16558791.823 | 1073980.529 | RGV-WSL-1014-7=1034-2-4 |
| 5 | 16558779.813 | 1074006.251 | RGV-WSL-1034-2-5 |
| 6 | 16557668.164 | 1076242.028 | RGV-WSL-1034-2-6 |
| 7 | 16557509.698 | 1076743.376 | RGV-WSL-1034-2-7 |
| 8 | 16556717.188 | 1081956.260 | RGV-WSL-1034-2-8=2021-2 |
| 9 | 16556615.705 | 1081941.086 | RGV-WSL-1026-1-2=1032-3a1034-2-9=2021-1 |
| 10 | 16557234.333 | 1077946.909 | RGV-WSL-1025-6=1034-2-10 |
| 11 | 16557418.293 | 1076735.902 | RGV-WSL-1022-6=1034-2-11 |
| 12 | 16557437.405 | 1076633.978 | RGV-WSL-1020-6=1034-2-12 |
| 13 | 16557462.486 | 1076530.473 | RGV-WSL-1020-1-5=1034-2-13 |
| 14 | 16557498.792 | 1076427.592 | RGV-WSL-1020-4=1034-2-14 |
| 15 | 16558030.343 | 1075341.297 | RGV-WSL-1034-2-15 |
| 16 | 16558718.593 | 1073970.137 | RGV-WSL-1018-2=1020-1 |
| 17 | 16558834.609 | 1072550.168 | RGV-WSL-1015-6=1034-2-17 |
| 18 | 16558834.740 | 1072464.223 | RGV-WSL-1013-2=1034-2-18 |
| 19 | 16558730.687 | 1072057.390 | RGV-WSL-1013-1 |
| 20 | 16558778.316 | 1072091.253 | RGV-WSL-1034-2-20 |
| 21 | 16558801.203 | 1072089.472 | RGV-WSL-1012-5=1034-2-21 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 06/12/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO BAF ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10074600
726 SIDNEY BAKER, SUITE 6 · KERRVILLE, TX 78028 · 830-816-1616

| METES & BOUNDS SURVEY | | | | |
|---|---|---|---|---|
| HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO | | | | |
| TRACT No. RGV-WSL-1034-2 | | | | |
| HIDALGO COUNTY | | | TEXAS | |




MDS PROJ. NO. 16-200-00    FILE NAME: RGV-WSL-1034-2    DATE: 3/27/2020

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

PLAT SHOWING A 19.290 ACRE (840,289 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE DOMINGO FONSECA SURVEY, ABSTRACT NO. 33, THE GREGORIO CAMACHO SURVEY, ABSTRACT NO. 28 AND THE JUAN JOSE HINOJOSA SURVEY, ABSTRACT NO. 40, HIDALGO COUNTY, TEXAS, BEING OUT OF PORCIONES 67, 68 AND 69, AND BEING OUT OF THE FOLLOWING TRACTS:
- A CALLED 4.58 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS (THIRD TRACT, LATERAL A);
- A CALLED 4.52 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS (FOURTH TRACT, LATERAL A);
- A CALLED 4.32 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS (FIFTH TRACT, LATERAL A);
- A CALLED 11.44 ACRE TRACT CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS (SIXTH TRACT, LATERAL A);
- 300 MILES, MORE OR LESS, OF CANALS AND LATERALS LOCATED IN HIDALGO COUNTY, TEXAS AS CONVEYED TO HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO BY WARRANTY DEED RECORDED IN VOLUME 120, PAGE 531, DEED RECORDS OF HIDALGO COUNTY, TEXAS (SEVENTEENTH – CANALS AND LATERALS).

### ADJOINER OWNERSHIP TABLE

| KEY | GRANTEE | LEGAL DESCRIPTION |
|---|---|---|
| 7 | MARGARITA REQUENA PASILLAS | CALLED 50.975 ACRES INST. No. 2015-2575869 ORHC |
| 8 | HCWID NO. TWO | CALLED 8.80 ACRES VOL. 120, PG. 531 DRHC (LATERAL A, SECOND TRACT) |
| 9 | JOSE ARNOLDO AGUILAR | REMAINDER OF CALLED 15.21 ACRES VOL. 3371, PG. 720 ORHC |
| 10 | MALCOM G. DYER | LOT 2, BLOCK 14 A.J. McCOLL SUBDIVISION VOL. 2613, PG. 712 DRHC |
| 11 | UNKNOWN | LOT 3, BLOCK 14 AJ McCOLL SUBDIVISION VOL. 21, PG. 598 DRHC |
| 12 | BEBO DISTRIBUTION COMPANY, INC. | CALLED 51.69 ACRES INST. No. 1776272 ORHC (TRACT 3) |
| 13 | BEBO DISTRIBUTION COMPANY, INC. | CALLED 51.65 ACRES INST. No. 1776272 ORHC (TRACT 2) |
| 14 | BEBO DISTRIBUTION COMPANY, INC. | CALLED 51.34 ACRES INST. No. 1776272 ORHC (TRACT 1) |
| 15 | SIBALU PROPERTIES, LLC | CALLED 80.984 ACRES INST. No. 1697290 ORHC |
| 16 | CITY OF PHARR | LOT 3 CALLED 23.531 ACRES VOL. 29, PG. 108 MRHC |
| 17 | CITY OF PHARR | CALLED 96.737 ACRES REPLAT OF G.S.A. SUBDIVISION VOL. 29, PG. 108 MRHC |
| 18 | CITY OF PHARR | CALLED 8.11 ACRES VOL. 2536, PG. 848 DRHC (TRACT II) |
| 19 | CITY OF PHARR | CALLED 1.89 ACRES VOL. 2625, PG. 589 DRHC |
| 20 | GILBERT F. VELA AND VELA FAMILY TRUST Ltd | CALLED 67.10 ACRES INST. No. 2014-2479384 ORHC (EXHIBIT "D", TRACT 1) |
| 21 | VICTORIA V. MATINEZ INDEPENDANT EXECUTOR | CALLED 5.05 ACRES INST. No. 2014-2479384 ORHC (SAVE & EXCEPT TRACT) |
| 22 | GILBERT F. VELA AND VELA FAMILY TRUST Ltd | CALLED 26.61 ACRES INST. No. 2014-2479384 ORHC (EXHIBIT "D", TRACT 2) |
| 23 | USFWS | CALLED 1.30 ACRES VOL. 1687, PG. 762 DRHC (TRACT 318) |
| 24 | USFWS | CALLED 16.60 ACRES VOL. 1617, PG. 698 DRHC (TRACT 319) |
| 25 | USFWS | CALLED 17.69 ACRES NO RECORD (TRACT 320) |
| 26 | USFWS | CALLED 24.36 ACRES VOL. 1556, PG. 987 DRHC (TRACT 321) |
| 27 | USFWS | CALLED 3.50 ACRES VOL. 1556, PG. 987 DRHC (TRACT 32I–) |
| 28 | USFWS | CALLED 9.81 ACRES VOL. 1604, PG. 837 DRHC (TRACT 322) |
| 29 | USFWS | CALLED 18.69 ACRES VOL. 1532, PG. 814 DRHC (TRACT 323) |
| 30 | TAX RANCH, INC. | CALLED 16.36 ACRES INST. No. 2016-2719236 ORHC |
| 31 | TAX RANCH, INC. | CALLED 24.36 ACRES INST. No. 2016-2719236 ORHC |
| 32 | MALCOM G. DYER & MARY AGNES DYER | CALLED 37.4 ACRES VOL. 2613, PG. 712 DRHC ("TRACT II") |
| 33 | MALCOM G. DYER & MARY AGNES DYER | LOTS 1 & 2, BLOCK 15 A.J. McCOLL SUBDIVISION VOL. 3357, PG. 393 DRHC |
| 34 | SUSANA C. GAGNA | CALLED 0.50 OF ONE ACRE INST. No. 2005-1515371 ORHC |
| 35 | DOMINGO PEREZ & GUADALUPE R. PEREZ | CALLED 0.50 OF ONE ACRE VOL. 1844, PG. 185 DRHC |
| 36 | CHET L. MILLER, III | REMAINDER OF CALLED 72.000 ACRES INST. No. 2009-1991556 ORHC |
| 37 | CHETLEY L. MILLER, IV | CALLED 6.95 ACRES INST. No. 2014-2538044 ORHC |
| 38 | TAX RANCH, LLC | REMAINDER OF CALLED 6.89 ACRES INST. No. 2016-3756021 ORHC |

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.



R.P.L.S. # 4939

3/27/2020
DATE



JEFF BOERNER
4939

 

**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019400
728 SIDNEY BAKER, SUITE B - KERRVILLE, TX 78028 - 830-896-1616

| METES & BOUNDS SURVEY | | |
|---|---|---|
| HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NO. TWO | | |
| TRACT No. RGV-WSL-I034-2 | | |
| HIDALGO COUNTY | TEXAS | |

Sheet Locator

CONTACT NO.: W01275-14-D-0013
T.O.: W46366A61577957000I

BY / DATE
Drawn  LMK  6/19
Checked  LMK  6/19
Surveyor  JDB  6/19
Fld Bk. # 15RGVII-71-461
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10153342

**B&F ENGINEERING, INC.**
603 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bfeng.com

Drawing Ref. No. SHEET 22 of 27

MDS PROJ. NO. 18-350-00   FILE NAME: RGV-WSL-I034-2   DATE: 3/27/2020

## SCHEDULE D (Cont.)

RGV-WSL-2021



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 08°30'14" E | 102.61' |
| L2 | S 81°25'35" E | 1076.82' |
| L3 | N 82°17'41" E | 3010.02' |
| L4 | N 82°14'59" E | 2928.45' |
| L5 | S 37°49'23" E | 103.23' |
| L6 | N 65°21'50" W | 139.31' |
| L7 | S 82°24'17" W | 1844.53' |
| L8 | S 81°34'06" W | 188.90' |
| L9 | S 81°17'49" W | 867.10' |
| L10 | S 82°08'31" W | 1917.09' |
| L11 | S 08°28'14" W | 21.11' |
| L12 | S 82°14'16" W | 1087.40' |
| L13 | S 09°13'43" W | 73.59' |
| L14 | N 81°18'27" W | 73.05' |
| L15 | S 88°32'22" W | 134.60' |
| L16 | N 88°27'38" W | 279.10' |
| L17 | N 85°05'39" W | 318.70' |
| L18 | N 81°23'17" W | 971.57' |
| L19 | S 08°33'20" W | 103.81' |
| L20 | S 86°39'35" W | 22.91' |
| L21 | N 08°38'00" E | 134.58' |
| L22 | N 81°25'47" W | 140.01' |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 3796.49' | 535.22' | 534.77' | S 85°52'08" E | 8°04'39" |
| C2 | 5730.29' | 322.07' | 322.03' | N 89°38'48" E | 3°13'13" |
| C3 | 4471.52' | 590.66' | 590.23' | N 86°15'22" E | 7°34'06" |
| C4 | 1015.00' | 593.87' | 585.43' | S 80°59'20" E | 33°31'23" |
| C5 | 979.99' | 551.36' | 544.12' | N 81°28'34" W | 32°14'09" |
| C6 | 5795.00' | 603.20' | 602.93' | S 86°14'46" W | 5°57'50" |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16556615.705 | 1081941.086 | RGV-WSL-1026-1-2=1032-3=2021-1 |
| 2 | 16556717.188 | 1081956.260 | RGV-WSL-2021-2 |
| 3 | 16556556.653 | 1083021.050 | RGV-WSL-2021-3 |
| 4 | 16556518.129 | 1083554.434 | RGV-WSL-2021-4 |
| 5 | 16556520.114 | 1083876.456 | RGV-WSL-2021-5 |
| 6 | 16556558.653 | 1084465.429 | RGV-WSL-2021-6 |
| 7 | 16556962.221 | 1087448.268 | RGV-WSL-2021-7 |
| 8 | 16557357.144 | 1090349.962 | RGV-WSL-2021-8 |
| 9 | 16557265.450 | 1090928.167 | RGV-WSL-2021-9 |
| 10 | 16557183.910 | 1090991.469 | RGV-WSL-2014-2-3=2021-10 |
| 11 | 16557241.980 | 1090864.844 | RGV-WSL-2014-2-2=2021-11 |
| 12 | 16557322.629 | 1090326.736 | RGV-WSL-2021-12 |
| 13 | 16557078.831 | 1088498.388 | RGV-WSL-2010-4=2011-3=2021-13 |
| 14 | 16557051.132 | 1088311.528 | RGV-WSL-2003-1=2010-1=2021-14 |
| 15 | 16556919.929 | 1087454.409 | RGV-WSL-2002-3=2021-15 |
| 16 | 16556657.822 | 1085555.320 | RGV-WSL-2002-2=2021-16 |
| 17 | 16556636.946 | 1085552.211 | RGV-WSL-2001-5=2021-17 |
| 18 | 16556490.079 | 1084474.776 | RGV-WSL-2001-4=2021-18 |
| 19 | 16556450.605 | 1083873.144 | RGV-WSL-2001-3=2021-19 |
| 20 | 16556377.931 | 1083861.553 | RGV-WSL-2001-2=2021-20 |
| 21 | 16556388.971 | 1083789.343 | RGV-WSL-2000-10=2021-21 |
| 22 | 16556385.540 | 1083654.786 | RGV-WSL-2000-9=2021-22 |
| 23 | 16556393.038 | 1083375.787 | RGV-WSL-2000-8=2021-23 |
| 24 | 16556420.294 | 1083058.255 | RGV-WSL-2000-7=2021-24 |
| 25 | 16556565.780 | 1082097.643 | RGV-WSL-2000-6=2021-25 |
| 26 | 16556463.124 | 1082082.199 | RGV-WSL-2000-5=2021-26 |
| 27 | 16556461.789 | 1082059.328 | RGV-WSL-1032-1=2021-27 |
| 28 | 16556594.840 | 1082079.530 | RGV-WSL-1032-4=2021-28 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 10/10/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 5, 2018 (TICKET NO. 582716038).



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019400
7265 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-456-1818

**METES & BOUNDS SURVEY**
**HIDALGO COUNTY WATER**
**IMPROVEMENT DISTRICT No. TWO**
**TRACT No. RGV-WSL-2021**
HIDALGO COUNTY          TEXAS




ENGINEERING, INC.

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-WSL-2021     DATE: 5/13/2019

## SCHEDULE D (Cont.)



Tracts:  RGV-WSL-1002, RGV-WSL-1034-2 and RGV-WSL-2021
Owner:  Hidalgo County Irrigation District Number 2, *et al.*
Acres:  43.412

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-WSL-1002, RGV-WSL-1034-2 and RGV-WSL-2021
Owner:  Hidalgo County Irrigation District Number 2, *et al.*
Acres:  43.412

**Tract:** RGV WSL-1002
**Acres:** 11.115

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded on December 31, 1920, in the Hidalgo County Clerk, Volume 120, Page 531, reasonable access to and from: (1) the owners' lands lying between the Rio Grande River and the border barrier; and (2) lands lying between the border barrier and the owners' canal, through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract**: RGV-WSL-1034-2
**Acres**: 19.290

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands held under Warranty Deed, Volume 120, Page 531, Deed Records, Hidalgo County, Texas, reasonable access to and from: (1) the owners' lands lying between the Rio Grande River and the border barrier; and (2) lands lying between the border barrier and the owners' canal, through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

## SCHEDULE E (Cont.)

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**Tract**: RGV-WSL-2021
**Acres**: 13.007

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the Port of Entry bridge known as Pharr International Bridge rights, privileges and duties necessary to operate, maintain, modify and expand the existing Bridge and appurtenances that do not interfere with the United States' construction, operation and maintenance of the border barrier, provided that no new structures shall be constructed or maintained on the land without prior written approval from the representative of the United States in charge of the border project;

Reserving to the owners of the lands under Warranty Deed, Volume 120, Page 531, Deed Records, Hidalgo County, Texas, reasonable access to and from: (1) the owners' lands lying between the Rio Grande River and the border barrier; and (2) lands lying between the border barrier and the owners' canal, through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



## SCHEDULE E (Cont.)



## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is TWO HUNDRED

EIGHTY NINE THOUSAND, NINE HUNDRED NINETY TWO DOLLARS AND

NO/100 ($289,992.00), to be deposited herewith in the Registry of the Court for the use

and benefit of the persons entitled thereto.

**TRACT RGV-WSL-1002:**

The sum estimated as just compensation for the land acquired is TWO HUNDRED FORTY THOUSAND, NINE HUNDRED SIXTY DOLLARS AND 00/100 ($240,960.00).

**TRACT RGV-WSL-1034-2:**

The sum estimated as just compensation for the land acquired is TWENTY-SIX THOUSAND, FOUR HUNDRED NINETY-SIX DOLLARS AND 00/100 ($26,496.00).

**TRACT RGV-WSL-2021:**

The sum estimated as just compensation for the land acquired is TWENTY-TWO THOUSAND, FIVE HUNDRED THIRTY-SIX DOLLARS AND 00/100 ($22,536.00).

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

  The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Hidalgo County Irrigation District No 2**<br>Post Office Box 6<br>San Juan, Texas 78589 | **RGV-WSL-1002**, **RGV-WSL-1034-2, & RGV-WSL-2021**<br>Warranty Deed, Document #1921-1200531; Recorded May 26, 1921 in Deed Records of Hidalgo County |
| **Unknown Landowners** | **RGV-WSL- 1034-2 & RGV-WSL-2021** |
| **Pablo "Paul" Villarreal, Jr.**<br>**Hidalgo County Tax Assessor-Collector**<br>2804 S. Business Hwy 281<br>Edinburg, Texas 78539 | **RGV-WSL-1002**, **RGV-WSL-1034-2, & RGV-WSL-2021** |