IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br><br>v.<br><br>43.412 ACRES OF LAND, MORE OR LESS, SITUATED IN HIDALGO COUNTY, TEXAS; HIDALGO COUNTY IRRIGATION DISTRICT NO. 2;  ET AL.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:20-CV-00239 |

**DEFENDANT HIDALGO COUNTY IRRIGATION DISTRICT NO. 2'S NOTICE REGARDING DETERMINATION OF JUST COMPENSATION**

1.　　Defendant Hidalgo County Irrigation District No. 2 ("Defendant") hereby files this notice regarding determination of just compensation. Defendant requests that the Court determine just compensation based on briefs and evidence submitted therewith.

2.　　The facts of this case do not warrant an evidentiary hearing. Plaintiff mishandled discovery and, as a result, missed out on deposing Defendant's experts. *See* Dkt. 42 (order granting Defendant's motion for protection) at 2 ("[T]he United States' attempt to depose Defendant Hidalgo County Irrigation District No. 2's expert or experts fails, for a familiar reason: the United States' unreasonable delay."). Plaintiff plainly wants to use an evidentiary hearing as a second bite at "depositions." If Plaintiff had not mishandled discovery then a second bite would be unnecessary. Defendant should not have to incur the significant expenses associated with an evidentiary hearing just because Plaintiff mishandled discovery.

3. If the Court nevertheless grants Plaintiff's request for an evidentiary hearing, then Defendant agrees with Plaintiff that a bench trial is appropriate (as opposed to a jury trial or special commission).

Respectfully submitted,

**MARRS ELLIS & HODGE LLP**

/s/ Zev Kusin
Luke Ellis ("Attorney-in-Charge")
Texas Bar No. 24038878
Southern District Id. No. 612594
lellis@mehlaw.com
Zev Kusin
Texas Bar No. 24070096
Southern District Id. No. 1636769
zkusin@mehlaw.com
805 West 10th Street, Suite 400
Austin, Texas 78701
512-215-4078
512-628-7169 fax

**Attorneys for Defendant Hidalgo County Irrigation District No. 2**

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, a true and correct copy of the foregoing was sent to the following:

Baltazar Salazar
baltazar.salazar@usdoj.gov
600 East Harrison Street, Suite 201
Brownsville, Texas 78520
956-983-6057
956-548-2775 fax
*Attorney-in-Charge for Plaintiff*

Patricia A. Rigney
rigneylaw@gmail.com
1416 West Dove Avenue
McAllen, Texas 78504
956-457-1181
956-272-0116 fax
*Attorney for Defendant City of Pharr*

      /s/ Zev Kusin
      Zev Kusin